# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL WAYNE ROGERS,

    Petitioner,

vs.

GREG SMITH, et al.,

    Respondents.

Case No. 3:11-CV-00482-RCJ-(RAM)

**ORDER**

    Petitioner having submitted a motion to voluntarily dismiss habeas petition (#3), and good cause appearing;

    IT IS THEREFORE ORDERED that the motion to voluntarily dismiss habeas petition (#3) is **GRANTED**. This action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly.

    Dated: This 25th day of July, 2011.

_____
ROBERT C. JONES
Chief United States District Judge