AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

MICHAEL WAYNE ROGERS,

        Petitioner,

V.

GREG SMITH, et al.,

        Respondents.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-cv-00482-RCJ-RAM**

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the motion to voluntarily dismiss habeas petition (Document No. 3) is GRANTED.  This action is DISMISSED without prejudice.

   July 27, 2011

                           **LANCE S. WILSON**
                                    Clerk

                           /s/ Katie Lynn Ogden
                              Deputy Clerk